# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JAMES SHIRLEY,

    Plaintiff,

v.                            Case No. 4:17cv575-MW/CAS

LM GENERAL INSURANCE
COMPANY.

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The case is **DISMISSED** for failure to prosecute and comply with a Court Order. The motion to dismiss, ECF No. 7, is **DENIED**. This Court does not dismiss the matter with prejudice or impose other sanctions." The Clerk shall close the file.

**SO ORDERED** on February 27, 2018.

                                        s/Mark E. Walker          
                                        **United States District Judge**